# IN THE SUPREME COURT OF THE STATE OF NEVADA

PASQUALE J. LAURITO PLLC, D/B/A COMPLETE CARE INJURY CENTER, A NEVADA PROFESSIONAL LIMITED LIABILITY COMPANY,
Appellant,
vs.
ONE STOP MEDICAL LLC, A NEVADA LIMITED LIABILITY COMPANY,
Respondent.

No. 83670



FILED

NOV 1 0 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on October 25, 2021, without payment of the requisite filing fee and without the case appeal statement. *See* NRAP 3(e), (f). That same day, this court issued notices directing appellant to file the case appeal statement and to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notices advised that failure to pay the filing fee would result in the dismissal of this appeal and failure to file the case appeal statement could result in sanctions, including dismissal of this appeal. To date, appellant has not paid the filing fee or filed the case appeal statement. Accordingly, this appeal is dismissed.[1] *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

[1]In light of this order no action will be taken on the motion to dismiss this appeal.

21-32306

cc: Hon. Adriana Escobar, District Judge
Brian K. Berman
Maier Gutierrez & Associates
Kaplan Cottner
Eighth District Court Clerk